**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Athena Medical Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-4653734** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **16515 South 40th Street<br>Suite 143<br>Phoenix, AZ 85048**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **athenamedgroup.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 2:23-bk-01635-BKM    Doc 1    Filed 03/15/23    Entered 03/15/23 19:49:57    Desc
Main Document      Page 1 of 56

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6219__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____

    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 15, 2023**
              MM / DD / YYYY

X **/s/ Yancey Gaither**                                      **Yancey Gaither**
Signature of authorized representative of debtor              Printed name

                                                             _____
                                                             Email Address of debtor

Title   **Manager**

**18. Signature of attorney**

X **/s/ Mark J. Giunta**                          Date   **March 15, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Mark J. Giunta 015079**
Printed name

**Law Office of Mark J. Giunta**
Firm name

**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone   **602-307-0837**       Email address   **markgiunta@giuntalaw.com**

**015079 AZ**
Bar number and State

# ATHENA MEDICAL GROUP, LLC

An Arizona Limited Liability Company

## RESOLUTION

Teresa Gaither and Mischelle Rusk, as Members of ATHENA MEDICAL GROUP, LLC ("Company"), hereby adopt the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Company, its members and other interested parties, that a Voluntary Petition be filed by the Company in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11 of the United States Code, and it is,

**FURTHER RESOLVED**, that Yancey Gaither, as manager of Company, be and hereby is authorized on behalf of the Company to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED**, that the Company is authorized to retain Law Office of Mark J. Giunta as counsel for ATHENA MEDICAL GROUP, LLC.

Dated this <u>14th</u> day of March, 2023

DocuSigned by:

*Teresa Gaither, FNP-C*

Teresa Gaither, as member of
Athena Medical Group, LLC

DocuSigned by:

*Mischelle Johnson*

Mischelle Rusk, as member of Athena Medical Group, LLC

Debtor name    **Athena Medical Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2023**     X **/s/ Yancey Gaither**
                                       Signature of individual signing on behalf of debtor

                                       **Yancey Gaither**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Athena Medical Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | | **Credit card purchases** | | | | $12,159.59 |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | | **Credit card purchases** | | | | $3,616.19 |
| **MIMEDX** | | | | | | $112,000.00 |
| **Redshank Consulting** | | | | | | $349,980.76 |
| **Sanuwave, Inc. 3360 Martin Farm Road Suite 100 Suwanee, GA 30024** | | | | | | $92,000.00 |
| **Stability Biologics** | | | | | | $313,600.00 |
| **Wound Care Specialists LLC 6818 W 10150 N Highland, UT 84003** | | **Pending lawsuit, Maricopa County Superior Court, Case No. CV2022-009572** | **Unliquidated Disputed** | | | $11,824,441.98 |

**Fill in this information to identify the case:**

Debtor name   **Athena Medical Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................    $     **3,843,022.51**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $     **3,843,022.51**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **12,707,798.52**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b      $     **12,707,798.52**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name    **Athena Medical Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Wells Fargo** | **Checking** | **0377** | **$478,086.86** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $478,086.86 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Rent deposit with The Octagon Group** | **$980.00** |
|---|---|---|

| 7.2. | **Rent deposit with Philopateer Mercurius LLC** | **$550.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
**Simmons & Gottfried PLLC**

| 8.1. | **Legal Fees for State Court counsel in CV2022-009572** | $45,971.50 |
|---|---|---|

| 8.2. | **Ball, Santin & McLeran** | $68,384.50 |
|---|---|---|

| 8.3. | **Desert Willow Medical (Billing)** | $24,000.00 |
|---|---|---|

| 8.4. | **Integrity Business Systems (Accounting)** | $15,000.00 |
|---|---|---|

| 8.5. | **Law Office of Mark J. Giunta** | $55,000.00 |
|---|---|---|

9.     **Total of Part 2.**          **$209,886.00**
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:     **811,000.00**   -   **0.00** = ....     **$811,000.00**
                  face amount        doubtful or uncollectible accounts

12.     **Total of Part 3.**          **$811,000.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**
     **Inventory**

| | | | | |
|---|---|---|---|---|
| **EpiFix: 4x4.5 (8 grafts) ($14,256.00) Grafix PL Prime: 3x4 (10 grafts) ($15,840.00) Axolotl: 4x4 (1 grafts) ($6,720.00) WoundFix: 4x4 (67) & 2x2 (3) ($1,171,804.00) Palingen: 2x3 (19 grafts) & 4x4 (3 grafts) ($77,760.00) Amnicore: 4x4 (39) ($181584.00)** | 01/23/2023 | $809,341.00 | Market | $1,389,350.00 |

23.  **Total of Part 5.**

|  |
|---|
| $1,389,350.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office furniture** | | | |
| Desk, chairs, table | $22,019.00 | Resale value | $5,504.78 |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and**
           **communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Equipment** | **$15,900.00** | **Liquidation** | **$3,975.00** |
| **UltraMist Machines (4 x $23,000)** | **$92,000.00** | **Market** | **$92,000.00** |
| **Ultra Sound Machine** | **$22,000.00** | **Market** | **$22,000.00** |
| **Canon copier (leased equipment)** **\*information on lease on Schedule G** | **$0.00** | | **$0.00** |
| **UltraMist Systems (12) (leased)** **\*information on leases on Schedule G** | **$0.00** | | **$0.00** |

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**
           Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| **$123,479.78** |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
           ☑ No
           ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
           ☑ No
           ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.    Vehicle leases through Enterprises Financial Trust** **\*information on leases and vehicles on Schedule G** | **$0.00** | | **$0.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
           floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm**
           **machinery and equipment)**

| 51. | **Total of Part 8.** | | | | |
|---|---|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | | | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial lease for 16515 South 40th Street, Building 9, Suite 122, Phoenix, AZ 85048** | Lease | $0.00 | | $0.00 |
| 55.2. **Commercial lease for 4435 East Chandler Boulevard, Suite 130, Phoenix, AZ 85048** | Lease | $0.00 | | $0.00 |
| 55.3. **Commercial lease for 1919 Oakwell Farms Parkway, Suite 105, San Antonio, TX 78218** | Lease | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | | | | |
|---|---|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | | | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** athenamedgroup.com | $500.00 | Replacement | $500.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $500.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| Hospice of Phoenix, LLC | 145,719.87 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $145,719.87 |
|---|---|---|---|---|---|
| Tucson Property I, LLC | 685,000.00 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $685,000.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

        --- potential loan _____                                              **$0.00**

78.     **Total of Part 11.**                                                           **$830,719.87**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No

        ☐ Yes

Debtor  **Athena Medical Group, LLC**                     Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $478,086.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $209,886.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $811,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,389,350.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $123,479.78 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $830,719.87 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,843,022.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,843,022.51 |

Fill in this information to identify the case:

Debtor name     **Athena Medical Group, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Athena Medical Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,616.19** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number **1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,159.59** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number **1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset?  ■ No  ☐ Yes

37050

Case 2:23-bk-01635-BKM   Doc 1   Filed 03/15/23   Entered 03/15/23 19:49:57   Desc
Main Document   Page 18 of 56

| Debtor | **Athena Medical Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

**Expensify**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,000.00**
---

**MIMEDX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349,980.76**
---

**Redshank Consulting**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,000.00**
---

**Sanuwave, Inc.**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313,600.00**
---

**Stability Biologics**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

**Visa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9820**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,824,441.98**
---

**Wound Care Specialists LLC**
**6818 W 10150 N**
**Highland, UT 84003**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending lawsuit, Maricopa County Superior Court, Case No. CV2022-009572**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Joshua R. Woodard**<br>**Snell & Wilmer**<br>**One East Washington, Ste 2700**<br>**Phoenix, AZ 85004** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Renu, LLC**<br>**6818 West 10150 North**<br>**American Fork, UT 84003** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Wound Care Specialists LLC**<br>**2801 North Thanksgiving Way**<br>**Suite 220**<br>**Lehi, UT 84043** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 12,707,798.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,707,798.52 |

Debtor name **Athena Medical Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Employee lease @ $600,000/month** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Athena Management Group, LLC** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 16515 South 40th Street, Building 9, Suite 122, Phoenix, AZ 85048** | |
| State the term remaining | **Monthly Rent - $4,869.41 03/01/2021-05/31/2026** | |
| List the contract number of any government contract | | **CPH, LLC 3083 South Cottonwood Court Chandler, AZ 85286** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **2022 Nissan Sentra 3508 Mileage $607.90/month** | |
| State the term remaining | **Open Ended Equity Lease Schedule** | |
| List the contract number of any government contract | | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **2022 Nissan Sentra 4235 Mileage $605.17/month**<br><br>State the term remaining — **Open Ended Equity Lease Schedule**<br><br>List the contract number of any government contract | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **2022 Nissan Sentra 3616 Mileage $605.17/month**<br><br>State the term remaining — **Open Ended Equity Lease Schedule**<br><br>List the contract number of any government contract | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **2022 Nissan Sentra $600.62/month**<br><br>State the term remaining — **Open Ended Equity Lease Schedule**<br><br>List the contract number of any government contract | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **2022 Nissan Sentra 4767 Mileage $600.62/month**<br><br>State the term remaining — **Open Ended Equity Lease Schedule**<br><br>List the contract number of any government contract | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **2022 Nissan Sentra $590.99/month**<br><br>State the term remaining — **Open Ended Equity Lease Schedule**<br><br>List the contract number of any government contract | **Enterprise Financial Trust P.O. Box 8000089 Kansas City, MO 64180** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2022 KIA Forte** <br> **12,245 Mileage** <br> **$773.20/month** | |
|---|---|---|---|
| | State the term remaining | **Open Ended Equity Lease Schedule** | **Enterprise Financial Trust** <br> **P.O. Box 8000089** <br> **Kansas City, MO 64180** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Toyota Corolla** <br> **9,900 Mileage** <br> **$735.35/month** | |
|---|---|---|---|
| | State the term remaining | **Open Ended Equity Lease Schedule** | **Enterprise Financial Trust** <br> **P.O. Box 8000089** <br> **Kansas City, MO 64180** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Toyota Corolla** <br> **2,299 Mileage** <br> **$738.60/month** | |
|---|---|---|---|
| | State the term remaining | **Open Ended Equity Lease Schedule** | **Enterprise Financial Trust** <br> **P.O. Box 8000089** <br> **Kansas City, MO 64180** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **2022 KIA Forte** <br> **5,561 Mileage** <br> **$804.36/month** | |
|---|---|---|---|
| | State the term remaining | **Open Ended Equity Lease Schedule** | **Enterprise Financial Trust** <br> **P.O. Box 8000089** <br> **Kansas City, MO 64180** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Nissan Sentra** <br> **1475 Mileage** <br> **$605.17/month** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Financial Trust** <br> **P.O. Box 8000089** <br> **Kansas City, MO 64180** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Nissan Sentra 1717 Mileage $605.17/month** | |
| | State the term remaining | | **Enterprise Financial Trust P.O. Box 8000059 Kansas City, MO 64180** |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Canon copier - $147/unit x 3 $441.00** | |
| | State the term remaining | **11/29/2022 until termination** | **FlexTG Financial Services 1917 East 5th Street Tempe, AZ 85281** |
| | List the contract number of any government contract | _____ | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 19803 1st Avenue S, Suite 200, Normandy Park, WA 98148** | |
| | | **Monthly rent - $1,100.00/month 11/07/2022-10/31/2023** | |
| | State the term remaining | | **Philopateer Mercurius, LLC. 15309 57th Pl W Edmonds, WA 98026** |
| | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** | |
| | State the term remaining | **05/03/2023** | **Sanuwave, Inc. 1 3360 Martin Farm Road Suite 100 Suwanee, GA 30024** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** | |
| | State the term remaining | **03/16/2024** | **Sanuwave, Inc. 10 3360 Martin Farm Road Suite 100 Suwanee, GA 30024** |
| | List the contract number of any government contract | _____ | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** |
| | State the term remaining | **12/5/2023** |
| | List the contract number of any government contract | |

**Sanuwave, Inc. 11**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** |
| | State the term remaining | **12/31/2023** |
| | List the contract number of any government contract | |

**Sanuwave, Inc. 12**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** |
| | State the term remaining | **12/31/2023** |
| | List the contract number of any government contract | |

**Sanuwave, Inc. 13**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** |
| | State the term remaining | **06/28/2023** |
| | List the contract number of any government contract | |

**Sanuwave, Inc. 2**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** |
| | State the term remaining | **07/09/2023** |
| | List the contract number of any government contract | |

**Sanuwave, Inc. 3**
**3360 Martin Farm Road**
**Suite 100**
**Suwanee, GA 30024**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System** **$600.00/month** | |
| --- | --- | --- | --- |
| | State the term remaining | **08/04/2023** | **Sanuwave, Inc. 4** **3360 Martin Farm Road** **Suite 100** **Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System** **$600.00/month** | |
| --- | --- | --- | --- |
| | State the term remaining | **09/27/2023** | **Sanuwave, Inc. 5** **3360 Martin Farm Road** **Suite 100** **Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System** **$600.00/month** | |
| --- | --- | --- | --- |
| | State the term remaining | **10/8/2023** | **Sanuwave, Inc. 6** **3360 Martin Farm Road** **Suite 100** **Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System** **$600.00/month** | |
| --- | --- | --- | --- |
| | State the term remaining | **10/08/2023** | **Sanuwave, Inc. 7** **3360 Martin Farm Road** **Suite 100** **Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System** **$600.00/month** | |
| --- | --- | --- | --- |
| | State the term remaining | **10/08/2023** | **Sanuwave, Inc. 8** **3360 Martin Farm Road** **Suite 100** **Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **UltraMist System $600.00/month** | |
|---|---|---|---|
| | State the term remaining | **11/30/2023** | **Sanuwave, Inc. 9 3360 Martin Farm Road Suite 100 Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 4435 East Chandler Boulevard, Suite 130, Phoenix, AZ 85048** | |
|---|---|---|---|
| | State the term remaining | **Monthly rent - $4,859.06/month 11/01/2022-11/30/2025** | **Steven Lourenco & Laurie Wende Lourenco c/o J&J Commercial Properties Inc. 2323 West University Drive Tempe, AZ 85281** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 1919 Oakwell Farms Parkway, Suite 105, San Antonio, Texas 78218** | |
|---|---|---|---|
| | State the term remaining | **Monthly rent - $980.00/month 12/01/2022-12/01/2025** | **The Octagon Group Corporation 1919 Oakwell Farms Parkway Suite 250 San Antonio, TX 78218** |
| | List the contract number of any government contract | | |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                              Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# ATHENA MEDICAL GROUP LLC

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Checking (0377) | 478,086.86 |
| **Total Bank Accounts** | **$478,086.86** |
| Other Current Assets | |
| Loan to Others | |
| Hospice of Phoenix LLC | 145,719.87 |
| Tucson Property 1 LLC | 685,000.00 |
| **Total Loan to Others** | **830,719.87** |
| Prepaid Expenses Legal | |
| BALL, SANTIN & MCLERAN PLLC | 68,384.50 |
| DESERT WILLOW MEDICAL BILLING | 24,000.00 |
| INTEGRITY BUSINESS SYSTEMS | 15,000.00 |
| LAW OFFICE OF MARK J GIUNTA | 55,000.00 |
| SIMMONS & GOTTFRIED PLLC | 45,971.50 |
| **Total Prepaid Expenses Legal** | **208,356.00** |
| **Total Other Current Assets** | **$1,039,075.87** |
| **Total Current Assets** | **$1,517,162.73** |
| Fixed Assets | |
| Fixed Asset Computers | 16,860.70 |
| Fixed Asset Furniture | 22,019.15 |
| Fixed Asset Ultra Mist Machine | 92,000.00 |
| Machinery & Equipment | |
| MINDRAY MX7 ULTRA SOUND MACHINE | 22,000.00 |
| **Total Machinery & Equipment** | **22,000.00** |
| **Total Fixed Assets** | **$152,879.85** |
| Other Assets | |
| Security Deposits | |
| DEPOSIT TEXAS | 980.00 |
| **Total Security Deposits** | **980.00** |
| **Total Other Assets** | **$980.00** |
| **TOTAL ASSETS** | **$1,671,022.58** |

# ATHENA MEDICAL GROUP LLC

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 92,000.00 |
| Accounts Payable (A/P) | **$92,000.00** |
| **Total Accounts Payable** | |
| Credit Cards | |
| Credit Card | |
| AMERICAN EXPRESS | 3,616.19 |
| AMERICAN EXPRESS 61002 | 12,159.59 |
| AMERICAN EXPRESS 81005 | 15,775.78 |
| **Total AMERICAN EXPRESS** | 0.00 |
| EXPENSIFY | 0.00 |
| VISA 9820 | 15,775.78 |
| **Total Credit Card** | **$15,775.78** |
| **Total Credit Cards** | **$107,775.78** |
| **Total Current Liabilities** | **$107,775.78** |
| **Total Liabilities** | |
| Equity | 0.00 |
| Opening Balance Equity | 0.00 |
| Owner's Pay & Personal Expenses | 369,434.58 |
| Partner's Equity  MISCHELLE RUSK | 642,602.47 |
| Partner's Equity  TERESA GAITHER | 0.00 |
| Partner's Equity  Yancey Gaither | 0.00 |
| PERSONAL | 50,988.85 |
| Retained Earnings | 500,220.90 |
| Net Income | **$1,563,246.80** |
| **Total Equity** | **$1,671,022.58** |
| **TOTAL LIABILITIES AND EQUITY** | |

# ATHENA MEDICAL GROUP LLC

## Profit and Loss

### January 1 - March 9, 2023

|  | TOTAL |
|---|---|
| Income | 4,042,163.88 |
| Sales | **$4,042,163.88** |
| **Total Income** | |
| Cost of Goods Sold | 1,097.98 |
| Cost of Goods Sold | 267,577.02 |
| Cost of Goods Sold MATERIALS | 1,062,600.12 |
| Cost of labor - COS | 144,802.05 |
| MEDICAL BILLING EXPENSE | **$1,476,077.17** |
| **Total Cost of Goods Sold** | **$2,566,086.71** |
| GROSS PROFIT | |
| Expenses | 25,009.18 |
| Advertising & Marketing | |
| Auto | 4,387.96 |
| FUEL | **4,387.96** |
| **Total Auto** | 577.98 |
| Bank Charges & Fees | 3,586.15 |
| MERCHANT PROCESSING | **4,164.13** |
| **Total Bank Charges & Fees** | 414.46 |
| Car & Truck | 541,724.17 |
| Contractors | |
| Insurance | 12,997.17 |
| BUSINESS INSURANCE | **12,997.17** |
| **Total Insurance** | 1,599.68 |
| Interest Paid | 11,727.00 |
| JANITORIAL | 39,717.18 |
| Job Supplies | 9,864.55 |
| Legal & Professional Services | 26,240.00 |
| ACCOUNTING AND PAYROLL | 41,668.78 |
| LAW AND MEDIATION | **77,773.33** |
| **Total Legal & Professional Services** | 14,280.63 |
| Meals & Entertainment | 104.00 |
| Melio Credit card fee | 47,665.05 |
| Office Supplies & Software | 1,165,943.60 |
| Purchases | 7,557.72 |
| Rent & Lease | 4,972.97 |
| 40th Street Lease | 1,723.24 |
| COMPANY VEHICLES | 20,103.05 |
| LOURENCO OFFICE BUILDING | 240.35 |
| OFFICE EQUIPMENT RENTAL | 2,357.13 |
| REGUS OFFICE SPACE | |

# ATHENA MEDICAL GROUP LLC

## Profit and Loss

### January 1 - March 9, 2023

| | TOTAL |
|---|---|
| | 9,747.48 |
| ULTRAMIST EQUIPMENT RENTAL | |
| **Total Rent & Lease** | **46,701.94** |
| Repairs & Maintenance | 15,125.28 |
| Shipping, Freight & Delivery | 11,064.98 |
| Taxes & Licenses | 411.50 |
| Telephone | 5,764.19 |
| Travel | 28,900.46 |
| UNIFORMS | 209.36 |
| Utilities | 10,180.56 |
| **Total Expenses** | **$2,065,865.81** |
| NET OPERATING INCOME | **$500,220.90** |
| NET INCOME | **$500,220.90** |

Debtor name __**Athena Medical Group, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,042,163.88** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$21,549,098.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$25,274,115.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Amazon**<br>**410 Terry Avenue N**<br>**Seattle, WA 98109** | | $36,622.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **APEX**<br>**10975 Grandview Street**<br>**Suite 390**<br>**Overland Park, KS 66210** | 1st of each month | $3,433.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   **Ball, Santin & McLeran PLLC**<br>**2999 North 44th Street**<br>**Suite 500**<br>**Phoenix, AZ 85018** | | $8,756.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Charles Atkinson MD PC**<br>**5240 East Knight Drive**<br>**Suite 116**<br>**Tucson, AZ 85712** | | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **Chelsea's Healthcare LLC**<br>**1915 West Mequite Street**<br>**Phoenix, AZ 85086** | | $35,788.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **Consulting Group Tucson 1 LLC**<br>**30 North Gould Street**<br>**Suite R**<br>**Sheridan, WY 82801** | | $11,355.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.   **DanJer Blaze Reign LLC**<br>**3869 East Santa Fe Lane**<br>**Gilbert, AZ 85297** | | $50,882.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.   **Davis Health & Wellness LLC**<br>**2334 North Scottsdale Road**<br>**Suite 116**<br>**Scottsdale, AZ 85257** | | $37,467.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **DG Nurse Consulting LLC**<br>**5307 West Jupiter Way**<br>**Chandler, AZ 85226** | | **$17,809.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **DrChrono Inc.**<br>**328 Gibraltar Drive**<br>**Sunnyvale, CA 94089** | | **$18,626.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Elite Rejuvenation LLC**<br>**3101 North Central Avenue**<br>**Suite 183 #1924**<br>**Phoenix, AZ 85012** | | **$29,917.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Emerald Medical Billing**<br>**70 South Val Vista Drive**<br>**Suite A3-653**<br>**Gilbert, AZ 85296** | | **$137,820.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Enterprise Financial Trust**<br>**P.O. Box 8000089**<br>**Kansas City, MO 64180** | **1st of each month** | **$25,464.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments on vehicles (see Schedule G)** |
| 3.14. **Fleetcor**<br>**3280 Peachtree Road**<br>**Suite 2400**<br>**Atlanta, GA 30305** | | **$6,623.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Gmail/Google**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **3rd of each month** | **$1,504.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Hawke Media LLC**<br>**2231 South Barrington Avenue**<br>**Los Angeles, CA 90064** | | **$68,692.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Healthcare Integrative Solutions**<br>**5646 North 6th Street**<br>**#1**<br>**Phoenix, AZ 85012** | **15th of each month** | **$6,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Integrity Business Systems LLC**<br>**1410 West Guadalupe Road**<br>**Suite 117**<br>**Gilbert, AZ 85233** | **1st of each month** | **$7,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Jennifer Otterbein**<br>**5547 West Alyssa Lane**<br>**Phoenix, AZ 85803** | | **$45,870.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Joy Stoiber LLC**<br>**10855 West Bronco Trail**<br>**Peoria, AZ 85383** | | **$31,263.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **La Cantera Resort**<br>**16641 La Cantera Parkway**<br>**San Antonio, TX 78256** | | **$7,040.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **MCN Services LLC**<br>**3083 South Cottonwood Ct.**<br>**Chandler, AZ 85286** | | **$22,875.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **MDM Enterprise Inc**<br>**12000 West Orange Grove Drive**<br>**Tucson, AZ 85743** | | **$46,833.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **MGV Healthcare, LLC**<br>**38163 South Cattle Tank Road**<br>**Marana, AZ 85658** | | **$43,587.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.25<br>. | **MIMEDX**<br>**1775 West Oak Commons Ct NE**<br>**Marietta, GA 30062** | | **$224,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26<br>. | **Mind Games LLC**<br>**3083 West Cottonwood Ct.**<br>**Chandler, AZ 85286** | | **$340,299.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27<br>. | **Mischelle Johnson**<br>**11230 West Monte Vista RD**<br>**Avondale, AZ 85392** | | **$44,890.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28<br>. | **My AZCOMPUTERGUY.com**<br>**4132 East Juanita Avenue**<br>**Gilbert, AZ 85284** | | **$9,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29<br>. | **PayPal, Inc.**<br>**2211 North 1st Street**<br>**San Jose, CA 95131** | **Biweekly -**<br>**1st and 15th**<br>**of each**<br>**month**<br>**($1,572.16)** | **$9,432.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30<br>. | **Preferred Wound Care**<br>**611 Herchel Drive**<br>**Tampa, FL 33617** | | **$16,705.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31<br>. | **Reaves Medical LLC**<br>**1216 Ashwood Place**<br>**Knoxville, TN 37917-4417** | | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32<br>. | **Redshank Consulting**<br>**1410 West Guadalupe Road**<br>**Suite 117**<br>**Gilbert, AZ 85233** | | **$636,709.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **Ronald Rodriquez**<br>4359 North 152nd Drive<br>Goodyear, AZ 85395 | | $22,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Saenz Cleaning LLC**<br>7369 West Pinchot<br>Phoenix, AZ 85033 | **Weekly payment of $910** | $12,740.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Sanuwave, Inc.**<br>3360 Martin Farm Road<br>Suite 100<br>Suwanee, GA 30024 | **15th of each month** | $7,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Simmons & Gottfried PLLC**<br>8160 East Butherus Drive<br>Suite 7<br>Scottsdale, AZ 85260 | | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Smith & Nephew Inc.**<br>5017 East Washington Street<br>#101<br>Phoenix, AZ 85034 | | $100,751.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. **Steven Lourenco & Laurie Wende Lourenco**<br>c/o J&J Commercial Properties Inc.<br>2323 West University Drive<br>Tempe, AZ 85281 | **1st of each month ($4,999.97)** | $14,999.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial lease** |
| 3.39. **Symmetry Diagnostics LLC**<br>8160 East Butherus Drive<br>Suite 7<br>Scottsdale, AZ 85260 | | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **Terjacon LLC**<br>13644 West Calavar Road<br>Surprise, AZ 85379 | | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **TMA Medical Solutions LLC**<br>**5870 East Chaucers Drive**<br>**Tucson, AZ 85756** | | $38,191.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Trucare Medical LLC**<br>**201 NW 82nd Avenue**<br>**Suite 305**<br>**Fort Lauderdale, FL 33324-1855** | | $18,505.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **UHC Insurance**<br>**P.O. Box 1459**<br>**Minneapolis, MN 55440** | **7th of each month** | $18,589.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Medical insurance |
| 3.44. **Verizon Wireless**<br>**P.O. Box 489**<br>**Newark, NJ 07101** | **25th of each month** | $9,505.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.45. **VMBS**<br>**7137 East Rancho Vista Drive**<br>**B05**<br>**Scottsdale, AZ 85251** | **Per week ($2,000)** | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **The Wallpaper Market**<br>**1535 East University Drive**<br>**Mesa, AZ 85203** | | $14,411.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Athena Holdings** | | $750,000.00 | |
| 4.2. **Athena Management Group, LLC** | | $1,525,000.00 | |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Yancey Gaither**<br>**3083 South Cottonwood Ct.**<br>**Chandler, AZ 85286**<br>**Manager** | 01/2022-01/2<br>023 | $1,844,651.04 | **These distributions include tax liability obligations, retained earnings from previous years, management fees and current profits and tax for time listed as owner.** |
| 4.4. **Mischelle Rusk Johnson**<br>**11230 West Monte Vista Road**<br>**Avondale, AZ 85392**<br>**Member** | 01/2022-01/2<br>023 | $798,945.90 | **Distributions** |
| 4.5. **Teresa Gaither**<br>**3083 South Cottonwood Ct.**<br>**Chandler, AZ 85286**<br>**Member** | 01/2022-01/2<br>023 | $1,517,910.00 | **Distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Wound Care Specialists LLC, et al. v. Athena Medical Group LLC**<br>**CV2022-009572** | **Civil Proceeding** | **Maricopa County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Maria McCleskey v. Athena Medical Group LLC, et al.**<br>**CV2019-011941** | **Civil proceeding** | **Maricopa County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Nelson Law Group** | | **12/29/2022** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Law Office of Mark J. Giunta**<br>**531 East Thomas Road**<br>**Suite 200**<br>**Phoenix, AZ 85012** | **Attorney Fees** | **01/11/2023**<br>**03/03/2023** | **$55,000.00** |
| | Email or website address<br>**markgiunta@giuntalaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

    **Protected health information obtained in normal course of business**

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Integrity Business Systems, LLC.**<br>**1410 West Guadalupe Road**<br>**Suite 117**<br>**Gilbert, AZ 85233** | **01/01/2019-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Integrity Business Systems, LLC.**<br>**1410 West Guadalupe Road**<br>**Suite 117**<br>**Gilbert, AZ 85233** | **01/01/2019-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Integrity Business Systems, LLC.**<br>**1410 West Guadalupe Road**<br>**Suite 117**<br>**Gilbert, AZ 85233** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Yancey Gaither | 3/2/2023 | $1,467,964/Cost |
| | **Name and address of the person who has possession of inventory records**<br>Yancey Gaither | | |
| 27.2. | Yancey Gaither | 3/9/2023 | $809,341.20/Cost |
| | **Name and address of the person who has possession of inventory records**<br>Yancey Gaither | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Teresa Gaither | 3083 South Cottonwood Ct. Chandler, AZ 85286 | Member | 75% |
| Mischelle Rusk Johnson | 11230 West Monte Vista Road Avondale, AZ 85392 | Member | 25% |
| Yancey Gaither | 3083 South Cottonwod Ct Chandler, AZ 85286 | Manager | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Yancey Gaither | 3083 South Cottonwood Ct. Chandler, AZ 85286 | Member - 37.5% | 2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Athena Holdings Inc.** | **$750,000.00** | **12/29/2022** | |
| | **Relationship to debtor** | | | |
| 30.2. | **Athena Management Group** | **$3,658,896.13** | **03/24/2022-02/28/2023** | |
| | **Relationship to debtor** | | | |
| 30.3. | **Mind Games LLC** | **$928,859.48** | **03/25/2022-03/01/2023** | **Reimbursement of supplies** |
| | **Relationship to debtor** | | | |
| 30.4. | **Mischelle Rusk Johnson**<br>**11230 West Monte Vista Road**<br>**Avondale, AZ 85392** | **$675,615.20** | **01/23/2022-03/01/2023** | **Disbursement of retained earnings and distributions** |
| | **Relationship to debtor** | | | |
| 30.5. | **Teresa Gaither**<br>**3083 South Cottonwood Ct.**<br>**Chandler, AZ 85286** | **$695,000.00**<br>**$565,067.00**<br>**$500,000.00**<br>**$667,910.00** | **09/06/2022**<br>**12/02/2022**<br>**12/07/2022**<br>**01/23/2022-01/23/2023** | **Personal loan**<br>**Life insurance**<br>**Disbursement of retained earnings**<br>**Distributions** |
| | **Relationship to debtor** | | | |
| 30.6. | **Terjacon LLC** | **$250,216.00** | **04/01/2022-03/01/2023** | |
| | **Relationship to debtor** | | | |
| 30.7. | **Tucson Property Investments 1 LLC** | **$18,000.00** | **07/21/2022**<br>**08/03/2022** | |
| | **Relationship to debtor** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Yancey Gaither**<br>**3083 South Cottonwood Ct.**<br>**Chandler, AZ 85286** | $821,922.00 | 01/23/2022-01/23/2023 | **Disbursement of retained earnings and distributions** |
| | **Relationship to debtor**<br>**Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 15, 2023**

**/s/ Yancey Gaither**
Signature of individual signing on behalf of the debtor

**Yancey Gaither**
Printed name

Position or relationship to debtor      **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Case 2:23-bk-01635-BKM    Doc 1    Filed 03/15/23    Entered 03/15/23 19:49:57    Desc
Main Document      Page 47 of 56

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

In re    **Athena Medical Group, LLC**                Case No. _____

                                      Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 15, 2023**                         **/s/ Mark J. Giunta**
*Date*                                       **Mark J. Giunta 015079**
                                        *Signature of Attorney*
                                        **Law Office of Mark J. Giunta**
                                        **531 East Thomas Road**
                                        **Suite 200**
                                        **Phoenix, AZ 85012**
                                        **602-307-0837 Fax: 602-307-0838**
                                        **markgiunta@giuntalaw.com**
                                        *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re   **Athena Medical Group, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 15, 2023**

Signature   **/s/ Yancey Gaither**

**Yancey Gaither**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re   **Athena Medical Group, LLC**           Case No. _____

                 Debtor(s)          Chapter   **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **5** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **March 15, 2023**          **/s/ Yancey Gaither**

                                       **Yancey Gaither**/**Manager**
                                       Signer/Title

Date:   **March 15, 2023**          **/s/ Mark J. Giunta**

                                       Signature of Attorney
                                       **Mark J. Giunta 015079**
                                       **Law Office of Mark J. Giunta**
                                       **531 East Thomas Road**
                                       **Suite 200**
                                       **Phoenix, AZ 85012**
                                       **602-307-0837   Fax: 602-307-0838**

Athena Medical Group, LLC -

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

ATHENA MANAGEMENT GROUP, LLC

CPH, LLC
3083 SOUTH COTTONWOOD COURT
CHANDLER AZ 85286

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

Athena Medical Group, LLC -

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000089
KANSAS CITY MO 64180

ENTERPRISE FINANCIAL TRUST
P.O. BOX 8000059
KANSAS CITY MO 64180

EXPENSIFY

FLEXTG FINANCIAL SERVICES
1917 EAST 5TH STREET
TEMPE AZ 85281

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 21126
PHILADELPHIA PA 19114-0326

JOSHUA R. WOODARD
SNELL & WILMER
ONE EAST WASHINGTON, STE 2700
PHOENIX AZ 85004

MIMEDX

PHILOPATEER MERCURIUS, LLC.
15309 57TH PL W
EDMONDS WA 98026

Athena Medical Group, LLC -


REDSHANK CONSULTING


RENU, LLC
6818 WEST 10150 NORTH
AMERICAN FORK UT 84003


SANUWAVE, INC.
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 1
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 10
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 11
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 12
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 13
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 2
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 3
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024

SANUWAVE, INC. 4
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 5
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 6
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 7
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 8
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


SANUWAVE, INC. 9
3360 MARTIN FARM ROAD
SUITE 100
SUWANEE GA 30024


STABILITY BIOLOGICS


STEVEN LOURENCO & LAURIE WENDE LOURENCO
C/O J&J COMMERCIAL PROPERTIES INC.
2323 WEST UNIVERSITY DRIVE
TEMPE AZ 85281


THE OCTAGON GROUP CORPORATION
1919 OAKWELL FARMS PARKWAY
SUITE 250
SAN ANTONIO TX 78218


VISA

Athena Medical Group, LLC -


WOUND CARE SPECIALISTS LLC
6818 W 10150 N
HIGHLAND UT 84003


WOUND CARE SPECIALISTS LLC
2801 NORTH THANKSGIVING WAY
SUITE 220
LEHI UT 84043

# United States Bankruptcy Court
## District of Arizona

In re    **Athena Medical Group, LLC**        Case No.

Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Athena Medical Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
March 15, 2023
Date

**/s/ Mark J. Giunta**
**Mark J. Giunta 015079**
Signature of Attorney or Litigant
Counsel for    **Athena Medical Group, LLC**
**Law Office of Mark J. Giunta**
**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
**602-307-0837 Fax:602-307-0838**
**markgiunta@giuntalaw.com**