# EXHIBIT 1

# Thomes, Jennifer

| | |
|---|---|
| **From:** | Florentine, James G. |
| **Sent:** | Friday, May 3, 2024 7:42 AM |
| **To:** | castaneda.alissa@dorsey.com; Gabriel.Isaac@dorsey.com; michael@mcarmellaw.com |
| **Cc:** | Weitman, David; Brown, Chris A.; Reeves, Ben |
| **Subject:** | WCS/Athena - Second Amended Plan |

Alissa:

We are in receipt of the Debtor's Second Amended Plan [Docket No. 545] and Notice of Filing Second Amended Plan of Reorganization for Athena Medical Group, LLC and Non-Adverse Modifications [Docket No. 546] filed yesterday afternoon.

We wanted to reach out to you regarding the Debtor's proposed timing with respect to the Second Amended Plan, specifically including an objection deadline, discovery timeline, and the time for an evidentiary hearing that will need to be set by the Court following discovery, especially given the need to schedule depositions with respect to Adversary No. 00160 and responding to the Debtor/Trustee's soon to be filed Second Amended Complaint in Adversary No. 00057.

While we are still reviewing the Debtor's Second Amended Plan, based on our initial review and analysis, WCS presently intends in due course to object to the Debtor's Second Amended Plan. WCS also presently intends to conduct discovery on the Debtor's Second Amended Plan (especially since much has changed since the evidence on the prior plan, which itself was denied). There is plenty to do in advance of an evidentiary hearing if the Debtor intends to proceed to seek confirmation of the Debtor's Second Amended Plan.

Please let us know the Debtor's thoughts or intentions with respect to these items and/or whether there is any interest in suspending litigation and starting settlement talks before we both invest more in asserting our respective positions.

Thanks,
James

**James G. Florentine**

**O:** 602.382.6218 | **M:** 203.779.9593
jflorentine@swlaw.com

# SNELL & WILMER

swlaw.com | Disclaimer | LinkedIn

One East Washington Street | Suite 2700 | Phoenix, AZ 85004-2556

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.