FORM telhrgnt

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23−bk−01635−BKM |
| ATHENA MEDICAL GROUP, LLC<br>dba ATHENA SPECIALTY GROUP<br>16515 SOUTH 40TH STREET<br>SUITE 143<br>PHOENIX, AZ 85048<br>SSAN:<br>EIN: 86−4653734 | Chapter: 11 |

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **6/24/24** at **10:00 AM** before the **Honorable Eddward P. Ballinger.**

Any interested party is to appear by telephone. Interested parties are to call **833 568 8864** to appear for the hearing. The meeting ID is **160 2682 4193** and the passcode is **419399**.

The **Honorable Eddward P. Ballinger** will consider and/or act upon the following matter(s) at the hearing:

PRE−MEDIATION STATUS CONFERENCE


Date: June 21, 2024

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>Khadijia V. White−Thomas |